**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**ARTHUR WILLIAM SEADORF, SR.**                                              **PLAINTIFF**

**V.**                                    **CASE NO. 2:24-CV-2035**

**SHERIFF JIM DAMANTE**
**(Crawford County, Arkansas);**
**OFFICER JONATHAN STROUD**
**(Crawford County Sheriff's Department); and**
**BOOKING OFFICER REED INGRAM**
**(Crawford County Detention Center)**                                    **DEFENDANTS**

**ORDER**

Now pending before the Court is the Report and Recommendation (Doc. 60) filed on August 14, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies by Defendants Damante and Ingram (Doc. 37) and Defendant Stroud's Motion for Summary Judgment Joining the Motion for Summary Judgment by Damante and Ingram (Doc. 44) are **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 3rd day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE